# Order

Michigan Supreme Court
Lansing, Michigan

November 24, 2015

150898

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MICHAEL ANTHONY MOENCH,
        Defendant-Appellant.

SC: 150898
COA: 323775
Tuscola CC: 09-011071-FC

_____/

On order of the Court, the application for leave to appeal the December 11, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



Clerk

p1116